JUSTICE TRIEWEILER
concurring.
¶41 I concur with the majority Opinion.
¶42 I write separately to note that while I agree with the majority’s rejection of the discovery doctrine as applied to the facts in this case, I would not foreclose possible application of that doctrine to conversion actions presented under other circumstances.
¶43 The discovery doctrine is an equitable principle which may depend on the circumstances of each case. For example, in spite of my great respect for the state of Iowa, I would not follow Husker News Co. v. Mahaska State Bank (Iowa 1990), 460 N.W.2d 476. I mention that because it is apparently cited with approval in the majority Opinion.
¶44 Except for this qualification, I otherwise agree with the majority Opinion.